UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS PETTERS,

    Plaintiff,

v.                                                  Case No. 07-C-129

PACIFIC INDEMNITY COMPANY,

    Defendant.

### ORDER FOR DISMISSAL

**IT IS HEREBY ORDERED** that the above-entitled action, together with all claims and causes of action set forth in the pleadings, be dismissed upon its merits with prejudice and without costs.

**SO ORDERED** this 25th day of September, 2008, at Milwaukee, Wisconsin.

                                          /s/ William E. Callahan, Jr.
                                          WILLIAM E. CALLAHAN, JR.
                                          United States Magistrate Judge